# IN THE UNITED STATES DISTRICT COURT FOR

# THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| VICKIE BAGSHAW,<br><br>                   Plaintiff,<br>    vs.<br><br>COTTONWOOD HEIGHTS, UNIFIED POLICE DEPARTMENT, CHIEF ROBERT RUSSO, SERGEANT RYAN SHOSTED, OFFICER EMILY WOOD, and JOHN DOES 1-10,<br><br>                   Defendants. | **ORDER GRANTING STIPULATED MOTION FOR VOLUNTARY DISMISSAL OF ACTION WITH PREJUDICE (ECF NO. 19)**<br><br>Case No.: 2:18-cv-00958<br><br>Honorable Magistrate: Evelyn J. Furse |

Having reviewed the parties' Stipulated Motion for Voluntary Dismissal of Action with Prejudice ("Stipulated Motion") (ECF No. 19), and for good cause appearing, the Court hereby enters the following order:

In accordance with Rule 41 of the *Federal Rules of Civil Procedure*, the Stipulated Motion is GRANTED. This action, and all claims alleged therein, is dismissed with prejudice and on the merits. Each party shall bear its/his/her own attorneys' fees and costs incurred in connection with this case.

                                         BY THE COURT:

                                         _____
                                         Magistrate Judge Evelyn J. Furse
                                         United States District Court, District of Utah